[No. 23906-6-I. Division One. November 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. HUGH O'NEILL MCCARTHY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-04899-8, Frank L. Sullivan, J., entered

March 13, 1989. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Pekelis, JJ.